# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00157-CV

**Mark O. Shiver and Angela Shiver, Appellants**

**v.**

**Philip J. Meszler; G. Jannin Meszler; Bradford Properties, Inc.; Karen Bailey;
MG Real Estate Services, Inc. d/b/a Amerispec Home Inspection Service
and GMAC Mortgage Corporation, Appellees**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. C2005-0269B, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Mark O. Shiver and Angela Shiver attempted to appeal a no-evidence summary judgment issued by the district court on February 7, 2008, in favor of GMAC Mortgage Corporation. It appears from the record that this Court lacks jurisdiction because the judgment did not dispose of all parties and claims before the trial court in the underlying cause. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001).

On June 26, 2008, this Court requested that the Shivers file a written response demonstrating this Court's jurisdiction over their appeal. To date, no response has been filed. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   July 29, 2008